RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ROBERT E. O'BRIEN
Assistant Federal Public Defender
Nevada State Bar No. 10944
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Robert_OBrien@fd.org

Attorney for Anthony Oshinski

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY OSHINSKI, <br><br> Defendant. | Case No. 2:14-cr-00284-GMN-BNW <br><br> **STIPULATION TO CONTINUE STATUS CHECK** <br> (First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Linda Mott, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Robert E. O'Brien, Assistant Federal Public Defender, counsel for Anthony Oshinski, that the Status Check currently scheduled on November 5, 2019, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant is still waiting on medical records from two other sources. While Mr. Oshinski has been approved for outpatient treatment with Westcare through

his state case, we would still like to pursue the Mental Health Court option, and we are still in the process of securing approval.

    2.    The defendant is in custody and agrees with the need for the continuance.

    3.    The parties agree to the continuance.

This is the first request for a continuance of the status check.

DATED this 1st day of November, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Robert E. O'Brien*<br>ROBERT E. O'BRIEN<br>Assistant Federal Public Defender | By */s/ Linda Mott*<br>LINDA MOTT<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY OSHINSKI,<br><br>　　　　Defendant. | Case No. 2:14-cr-00284-GMN-BNW<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the status check currently scheduled for November 5, 2019 at 3:30 p.m., be vacated and continued to December 18, 2019, at the hour of 3:30 p.m. in Courtroom 7D before Judge Gloria Navarro.

DATED this __4__ day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE