# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 2:14-cr-00284-GMN-DJA |
| ANTHONY OSHINSKI, | **ORDER** |
| Defendant. | |

Before the Court is the Emergency Motion to Reopen Detention (ECF No. 71).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Emergency Motion to Reopen Detention (ECF No. 71) is scheduled for 3:00 PM, March 4, 2020, in Courtroom 3A.

The U.S. Marshal is directed to transport Anthony Oshinski to and from the hearing.

DATED this 2nd day of March, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE