RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ROBERT O'BRIEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Robert_O'Brien@fd.org

Attorney for Anthony Oshinski

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00284-GMN-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| ANTHONY OSHINSKI, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Linda Mott, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Robert O'Brien, Assistant Federal Public Defender, counsel for Anthony Oshinski, that the Revocation Hearing currently scheduled on May 13, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Mr. Oshinksi is out of custody, employed, and doing well on supervised release.

2. The parties request that the supervised release revocation hearing be continued to a later date so that Mr. Oshinski can continue to comply with his supervised release conditions.

3. As a result, the parties request a continuance of at least 30 days to provide a better view of how Mr. Oshinski is performing on supervised release.

4. The defendant is not in custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

This is the first request for a continuance of the Revocation Hearing.

DATED this 11th day of May, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Robert O'Brien*<br>ROBERT O'BRIEN<br>Assistant Federal Public Defender | By */s/ Linda Mott*<br>LINDA MOTT<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00284-GMN-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| ANTHONY OSHINSKI, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled for Wednesday, May 13, 2020 at 11:30 a.m., be vacated and continued to Wednesday, June 17, 2020, at the hour of 9:00 a.m. in Courtroom 7D before Judge Gloria M. Navarro.

DATED this 11 day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE

3