UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00284-GMN-DJA |
|---|---|
| Plaintiff, | <u>ORDER</u> |
| v. | |
| ANTHONY OSHINSKI, | |
| Defendant. | |

IT IS ORDERED that the Revocation Hearing in this matter currently scheduled for Wednesday, June 17, 2020 be vacated and continued to August 5, 2020, at the hour of 11:00 a.m. in Courtroom 7D before Judge Gloria M. Navarro.

DATED this 16 day of June, 2020.

_____
HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE