RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ROBERT O'BRIEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Robert_O'Brien@fd.org

Attorney for Anthony Oshinski

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00284-GMN-DJA |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE HEARING REGARDING REVOCATION OF SUPERVISED RELEASE (Third Request)** |
| ANTHONY OSHINSKI, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between, Brett Ruff, Assistant United States Attorney, representing the United States of America, and Robert O'Brien, Assistant Federal Public Defender, representing Anthony Oshinski, that the revocation hearing in the above-captioned case, which is currently scheduled for August 5, 2020 at 11:00 a.m., be continued by 45 days and reset to a time and date acceptable to the Court.

1. After initially being detained for alleged violations of his supervised release, Anthony Oshinksi was released at his April 27, 2020 detention hearing with instructions to immediately attend mental health counseling and to report to the Probation Office for drug testing. Since his release, Mr. Oshinski has been

compliant with most conditions of his supervised release, the requests of his Probation Officer, and participating in mental health counseling.

2. Although Mr. Oshinski has submitted to drug tests requested by the Probation Office, it is the position of the Probation Office and the government that Mr. Oshinski has missed a few scheduled tests.

3. The parties have agreed to a continuance of at least 45 days to allow Mr. Oshinski to demonstrate that he substantially can comply with his supervised release conditions and his Probation Officer's instructions, including the requirement that he submit to periodic drug testing. The parties believe this constitutes good cause to continue the hearing.

4. The parties respectfully request that the Court continue the revocation hearing to a time and date acceptable to the Court at least 45 days after August 5, 2020.

5. This is the third stipulation to continue Mr. Oshinski's revocation hearing.

DATED this 29th day of July, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Robert O'Brien*<br>ROBERT O'BRIEN<br>Assistant Federal Public Defender | By */s/ Brett Ruff*<br>BRETT RUFF<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY OSHINSKI,<br><br>　　　　Defendant. | Case No. 2:14-cr-00284-GMN-DJA<br><br>**ORDER** |

　　　IT IS ORDERED that the Revocation Hearing currently scheduled for August 5, 2020 be vacated and continued to September 30, 2020, at the hour of 10:00 a.m. in Courtroom 7D before Judge Gloria M. Navrro.

　　　DATED this  29  day of July, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　HON. GLORIA M. NAVARRO
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3