NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
BRETT C. RUFF
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: Brett.Ruff@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>ANTHONY OSHINSKI,<br><br>           Defendant. | Case No. 2:14-cr-00284-GMN-DJA<br><br>**STIPULATION TO CONTINUE HEARING REGARDING REVOCATION OF SUPERVISED RELEASE (Fifth Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between, Brett Ruff, Assistant United States Attorney, representing the United States of America, and Robert O'Brien, Assistant Federal Public Defender, representing Anthony Oshinski, that the revocation hearing in the above-captioned case, which is currently scheduled for November 25, 2020 at 12:00 p.m., be continued by 21 days and reset to a time and date acceptable to the Court.

1. After initially being detained for alleged violations of his supervised release, Anthony Oshinski was released at his April 27, 2020 detention hearing with instructions to immediately attend mental health counseling and to report to the Probation Office for drug

testing. Since his release, Mr. Oshinski has been compliant with many conditions of his supervised release, but the parties understand that it is the position of the US Probation Office that Mr. Oshinski has not been compliant with all the conditions of his supervised release.

2. The parties understand that the US Probation Office may in the near future file a further addendum to its revocation petition in this matter.

3. The parties respectfully request that the Court continue the revocation hearing to a time and date acceptable to the Court at least 21 days after November 25, 2020 to allow the parties to review the forthcoming addendum and prepare for the revocation hearing, which may be contested.

4. The parties have contacted the US Probation Office, and the US Probation Office also seeks a brief continuance of the revocation hearing.

5. This is the fifth stipulation to continue Mr. Oshinski's revocation hearing.

DATED this 18th day of November, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Robert O'Brien*<br>ROBERT O'BRIEN<br>Assistant Federal Public Defender | By */s/ Brett Ruff*<br>BRETT RUFF<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY OSHINSKI,<br><br>　　　　Defendant. | Case No. 2:14-cr-00284-GMN-DJA<br><br>**ORDER** |

　　IT IS ORDERED that the Revocation Hearing currently scheduled for November 25, 2020 be vacated and continued to Wednesday, December 30, 2020, at the hour of 10:00 a.m. in Courtroom 7D before Judge Gloria M. Navarro.

　　DATED this <u>18</u> day of November, 2020.

　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　HON. GLORIA M. NAVARRO
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3