NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
BRETT C. RUFF
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: Brett.Ruff@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY OSHINSKI,<br><br>Defendant. | Case No. 2:14-cr-00284-GMN-DJA<br><br>**STIPULATION TO CONTINUE HEARING REGARDING REVOCATION OF SUPERVISED RELEASE (Sixth Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between, Brett Ruff, Assistant United States Attorney, representing the United States of America, and Robert O'Brien, Assistant Federal Public Defender, representing Anthony Oshinski, that the revocation hearing in the above-captioned case, which currently is scheduled for December 30, 2020, be continued by 30 days and reset to a time and date acceptable to the Court.

1. The hearing on Mr. Oshinski's revocation of supervised release currently is scheduled for December 30, 2020 at 10:00 a.m.

2. Mr. Oshinski's Probation Officer will be unavailable during the week of December 30, 2020 and has requested that the parties continue the hearing so that the Probation Officer may attend and participate in the hearing.

3. Furthermore, Mr. Oshinski and his counsel need additional time to prepare their position and response to the addendum to the revocation petition the Probation Office filed on December 18, 2020.

4. Mr. Oshinski is at liberty and consents to this continuance.

5. The government also consents to this continuance.

6. In light of the forgoing, Mr. Oshinski and the government believe there is good cause to continue the hearing.

7. This is the sixth stipulation to continue Mr. Oshinski's revocation hearing.

DATED this 21st day of December, 2020.

| | |
|---|---|
| RENE L. VALLADARES | NICHOLAS A. TRUTANICH |
| Federal Public Defender | United States Attorney |
| By */s/ Robert O'Brien* | By */s/ Brett Ruff* |
| ROBERT O'BRIEN | BRETT RUFF |
| Assistant Federal Public Defender | Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00284-GMN-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| ANTHONY OSHINSKI, | |
| Defendant. | |

IT IS ORDERED that the Revocation Hearing currently scheduled for December 30, 2020 be vacated and continued to February 3, 2021, at the hour of 1:00 p.m. in Courtroom 7D before Judge Gloria M. Navarro.

DATED this  22  day of December, 2020.

_____
HON. GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

3