NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
BRETT C. RUFF
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: Brett.Ruff@usdoj.gov
*Attorneys for the United States of America*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00284-GMN-DJA |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE HEARING REGARDING REVOCATION OF SUPERVISED RELEASE (Seventh Request)** |
| ANTHONY OSHINSKI, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between, Brett Ruff, Assistant United States Attorney, representing the United States of America, and Robert O'Brien, Assistant Federal Public Defender, representing Anthony Oshinski, that the revocation hearing in the above-captioned case, which currently is scheduled for February 3, 2021, be continued by at least seven days and reset to a time and date acceptable to the Court.

1. The hearing on Mr. Oshinski's revocation of supervised release currently is scheduled for February 3, 2021 at 1:00 p.m.
2. Counsel for the government will be unable to participate in the hearing on February 3, 2021, and the assigned U.S. Probation Officer and Mr. Oshinski are agreeable to continuing the hearing to facilitate continuity of counsel.
3. Mr. Oshinski is at liberty and consents to this continuance.

4. In light of the forgoing, Mr. Oshinski and the government believe there is good cause to continue the hearing.

5. This is the seventh stipulation to continue Mr. Oshinski's revocation hearing.

DATED this 26th day of January, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Robert O'Brien*<br>ROBERT O'BRIEN<br>Assistant Federal Public Defender | By */s/ Brett Ruff*<br>BRETT RUFF<br>Assistant United States Attorney |

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00284-GMN-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| ANTHONY OSHINSKI, | |
| Defendant. | |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

IT IS ORDERED that the Revocation Hearing currently scheduled for February 3, 2020 be vacated and continued to February 10, 2021, at the hour of 11:00 a.m. in Courtroom 7D.

DATED this 28 day of January, 2021.

_____
HON. GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE